**1998–0020. State v. Nields.**
Hamilton C.P. No. B9703305. On motion to set execution date. Motion granted. It is ordered that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, June 10, 2010, in accordance with the statutes so provided.

It is further ordered that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

PFEIFER, J., dissents.

**2009–0038. State ex rel. Hardin v. Aey.**
In Mandamus. This cause originated as an original action in mandamus. The court denied the mandamus claim as moot and ordered the parties to submit evidence and briefs on relator's motion for statutory damages and attorney fees. On June 17, 2009, the court awarded relator $1,000 in statutory damages, $4,175 in attorney fees, and $140 in costs.

Upon consideration of relator's motion directing respondent to show cause and to award post-judgment interest and the full amount of attorney fees, including the additional fees incurred in prosecuting the present motion, and respondents' notice of satisfaction,

It is ordered that relator's motion is denied.

**2009–0171. State v. Terry.**
Darke App. No. 1730, 2008-Ohio-6738. On motions to reinstate appeal and to remand to court of appeals. Motions denied.

**2009–0542. Adams v. Goodyear Tire & Rubber Co.**
Cuyahoga App. No. 91404, 2009-Ohio-491. On motion for admission pro hac vice of Mark A. Behrens by Victor E. Schwartz. Motion granted.

**2009–0630. State v. Thomas.**
Hamilton App. No. C–010724, 2009-Ohio-971. On motion for stay of all lower court proceedings. Motion granted.

PFEIFER, J., dissents.

**2009–1591. State v. Majid.**
Cuyahoga App. No. 90491, 2009-Ohio-3075. On motion to suspend sentence or grant bail in lieu of appeal. Motion denied.

**2009–1613. State v. Wiggins.**
Fairfield App. No. 09CA9. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2009–1619. State v. Ross.**
Summit App. No. 21906, 2009-Ohio-3561. On appellant's motion for leave to file delayed appeal and appellee's motion to dismiss the appeal. Motion for leave to file delayed appeal granted. Motion to dismiss denied.

O'DONNELL, J., dissents.

O'CONNOR, J., not participating.

**2009–1634. State v. Moats.**
Cuyahoga App. No. 91646, 2009-Ohio-3063. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and O'DONNELL, JJ., dissent.

**2009–1636. State v. Lockhart.**
Cuyahoga App. No. 90754, 2009-Ohio-2395. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.